# PK

## Powers Kirn, LLC

Attorneys at Law

308 Harper Drive
Suite 210
Moorestown, NJ  08057
856.802.1000
*(New Jersey Office)*

**8 Neshaminy Interplex, Suite 215**
**Trevose, PA  19053**
**Phone: (215) 942-2090**
**Fax: (215) 942-8661**
*(Pennsylvania Office)*

June 17, 2024



Brad J. Sadek, Esquire
1500 JFK Boulevard
Suite 220
Philadelphia, PA  19102

RE:   PENNYMAC LOAN SERVICES, LLC
          vs.
          Timothy P. Rodgers
          Alisha S. Rodgers
          Chapter 13, Case No. 23-12006 PMM
          Type of Action:  **Notice of Default**

Dear Mr. Sadek:

The enclosed stipulation executed by the parties in the above referenced matter requires the Debtors to remain current on the monthly post petition mortgage payments.  However, as of the 06/13/2024, PennyMac Loan Services, LLC has not received the following payments:

| Item | Quantity | From | To | Amount | |
|------|----------|------|-----|--------|------|
| Payments: | 3 | 4/1/24 | 6/1/24 | $1,762.02 | $5,286.06 |
| Attorney Fees for this Notice of Default: | | | | | $100.00 |
| Less:  Debtor Suspense: | | | | | $388.94 |
| **TOTAL:** | | | | | **$4,997.12** |

Therefore, the Debtors are currently in default of the agreed stipulation.  The amount needed to cure the default is stated above, and payment must be made in certified funds, money orders or cashier's check.

In accordance with the stipulation, this shall serve as fifteen (15) days written notice of default. If the default is not cured within fifteen (15) days of the date of this letter, then my client may certify the default to the Court and an Order will be entered granting relief from the automatic stay.

          Payments should be sent to:     PennyMac Loan Services, LLC
                                                            P.O. Box 660929
                                                            Dallas, TX  75266-0929

***Please note - An additional $1,762.02 will come due on 07/01/2024.***

Acceptance of partial payments will not constitute a waiver of Movant's rights to pursue  the default in the event the funds remitted are not enough to cure the entire default.

If you have any questions, please contact my office.

Very truly yours,

  /s/ Karina Velter, Esquire
Karina Velter, Esquire

Enclosure
kv/khp
20-0389

cc:    Timothy P. Rodgers
       247 High Street
       Newtown, PA  18940

       Alisha S. Rodgers
       247 High Street
       Newtown, PA  18940

# POWERS KIRN
### COUNSELORS AT LAW

**POWERS KIRN, LLC**
P.O. Box 848
Moorestown, NJ 08057



Brad J. Sadek, Esquire
1500 JFK Boulevard
Suite 220
Philadelphia, PA  19102

# POWERS KIRN
### COUNSELORS AT LAW

POWERS KIRN, LLC
P.O. Box 848
Moorestown, NJ 08057

UNITED STATES POSTAGE
PITNEY BOWES
02 1P          $ 000.64⁰
0000933822    JUN 17 2024

Timothy P. Rodgers
247 High Street
Newtown, PA  18940

# POWERS KIRN
## COUNSELORS AT LAW

**POWERS KIRN, LLC**
P.O. Box 848
Moorestown, NJ 08057

UNITED STATES POSTAGE
PITNEY BOWES

02 1P          $ 000.64⁰
0000933822    JUN 17 2024
MAILED FROM ZIP CODE 48058

Alisha S. Rodgers
247 High Street
Newtown, PA  18940