| **PK** | 308 Harper Drive | 8 Neshaminy Interplex, Suite 215 |
|---|---|---|
| **Powers Kirn, LLC** | Suite 210 | Trevose, PA  19053 |
| Attorneys at Law | Moorestown, NJ  08057 | Phone: (215) 942-2090 |
| | 856.802.1000 | Fax: (215) 942-8661 |
| | *(New Jersey Office)* | *(Pennsylvania Office)* |

February 19, 2025

Brad J. Sadek, Esquire
1500 JFK Boulevard
Suite 220
Philadelphia, PA  19102

RE:    PENNYMAC LOAN SERVICES, LLC
        vs.
        Timothy P. Rodgers
        Alisha S. Rodgers
        Chapter 13, Case No. 23-12006 PMM
        Type of Action:  **Notice of Default**

Dear Mr. Sadek:

The enclosed stipulation executed by the parties in the above referenced matter requires the Debtors to remain current on the monthly post petition mortgage payments.  However, as of the 02/18/2025, PennyMac Loan Services, LLC has not received the following payments:

| Item | Quantity | From | To | Amount | |
|---|---|---|---|---|---|
| Payments: | 3 | 12/1/24 | 2/1/25 | $1,869.92 | $5,609.76 |
| Late Charges: | | | | | $0.00 |
| Payments: | | | | | $0.00 |
| Late Charges: | | | | | $0.00 |
| Attorney Fees for this Notice of Default: | | | | | $100.00 |
| Less:  Debtor Suspense: | | | | | ($969.08) |
| **TOTAL:** | | | | | **$4,740.68** |

Therefore, the Debtors are currently in default of the agreed stipulation.  The amount needed to cure the default is stated above, and payment must be made in certified funds, money orders or cashier's check.

In accordance with the stipulation, this shall serve as fifteen (15) days written notice of default. If the default is not cured within fifteen (15) days of the date of this letter, then my client may



certify the default to the Court and an Order will be entered granting relief from the automatic stay.

        Payments should be sent to:    PennyMac Loan Services, LLC
        P.O. Box 660929
        Dallas, TX  75266-0929

***Please note - An additional $1,869.92 will come due on 03/01/2025.***

Acceptance of partial payments will not constitute a waiver of Movant's rights to pursue the default in the event the funds remitted are not enough to cure the entire default.

If you have any questions, please contact my office.

        Very truly yours,

        /s/ Jill Manuel-Coughlin, Esquire
        Jill Manuel-Coughlin, Esquire

Enclosure
jmc/khp
20-0389

cc:    Timothy P. Rodgers
       247 High Street
       Newtown, PA  18940

       Alisha S. Rodgers
       247 High Street
       Newtown, PA  18940



POWERS KIRN, LLC
P.O. Box 848
Moorestown, NJ 08057



Brad J. Sadek, Esquire
1500 JFK Boulevard
Suite 220
Philadelphia, PA  19102



POWERS KIRN, LLC
P.O. Box 848
Moorestown, NJ 08057



Timothy P. Rodgers
247 High Street
Newtown, PA  18940



POWERS KIRN, LLC
P.O. Box 848
Moorestown, NJ 08057



Alisha S. Rodgers
247 High Street
Newtown, PA  18940