# PK
## Powers Kirn, LLC
Attorneys at Law

308 Harper Drive  
Suite 210  
Moorestown, NJ  08057  
856.802.1000  
*(New Jersey Office)*

8 Neshaminy Interplex, Suite 215  
Trevose, PA  19053  
Phone: (215) 942-2090  
Fax: (215) 942-8661  
*(Pennsylvania Office)*

August 26, 2025

Brad J. Sadek, Esquire  
1500 JFK Boulevard  
Suite 220  
Philadelphia, PA  19102



RE:   PENNYMAC LOAN SERVICES, LLC  
      vs.  
      Timothy P. Rodgers  
      Alisha S. Rodgers  
      Chapter 13, Case No. 23-12006 DJB  
      Type of Action:  **Notice of Default**

Dear Mr. Sadek:

The enclosed stipulation executed by the parties in the above referenced matter requires the Debtors to remain current on the monthly post petition mortgage payments.  However, as of the 08/25/2025, PennyMac Loan Services, LLC has not received the following payments:

| Item | Quantity | From | To | Amount | |
|---|---|---|---|---|---|
| Payments: | 3 | 6/1/25 | 8/1/25 | $1,869.92 | $5,609.76 |
| Attorney Fees for this Notice of Default: | | | | | $100.00 |
| Less:  Debtor Suspense: | | | | | $1,649.56 |
| **TOTAL:** | | | | | **$4,060.20** |

Therefore, the Debtors are currently in default of the agreed stipulation.  The amount needed to cure the default is stated above, and payment must be made in certified funds, money orders or cashier's check.

In accordance with the stipulation, this shall serve as fifteen (15) days written notice of default.  If the default is not cured within fifteen (15) days of the date of this letter, then my client may certify the default to the Court and an Order will be entered granting relief from the automatic stay.

      Payments should be sent to:    PennyMac Loan Services, LLC  
                                                  P.O. Box 660929  
                                                   Dallas, TX  75266-0929

> ***Please note - An additional $1,962.32 will come due on 09/01/2025.***

Acceptance of partial payments will not constitute a waiver of Movant's rights to pursue the default in the event the funds remitted are not enough to cure the entire default.

If you have any questions, please contact my office.

                                                          Very truly yours,

                                                          /s/ Harry B. Reese, Esquire
                                                          Harry B. Reese, Esquire

Enclosure
harr/khp
20-0389

cc:    Timothy P. Rodgers
        247 High Street
        Newtown, PA  18940

        Alisha S. Rodgers
        247 High Street
        Newtown, PA  18940



**POWERS KIRN, LLC**
P.O. Box 848
Moorestown, NJ 08057



Brad J. Sadek, Esquire
1500 JFK Boulevard
Suite 220
Philadelphia, PA  19102

**POWERS KIRN**
COUNSELORS AT LAW

POWERS KIRN, LLC
P.O. Box 848
Moorestown, NJ 08057





FIRST-CLASS

US POSTAGE (IM) PITNEY BOWES

ZIP 19053
02 7H     $ 000.74⁰
0006194023   AUG 26 2025

Alisha S. Rodgers
247 High Street
Newtown, PA  18940

**POWERS KIRN**
COUNSELORS AT LAW

POWERS KIRN, LLC
P.O. Box 848
Moorestown, NJ 08057



FIRST-CLASS    US POSTAGE (IMI) PITNEY BOWES

ZIP 19053
02 7H     $ 000.74⁰
0006194023    AUG 26 2025

Timothy P. Rodgers
247 High Street
Newtown, PA  18940